Ernesto COLIMA MAYA, Petitioner,

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 06–74945.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.\*

Filed Oct. 1, 2009.

R.App. P. 34(a)(2).

Ernesto Colima Maya, Westminster, CA, pro se.

David V. Bernal, Assistant Director, Kurt B. Larson, Esquire, OIL, Stacy Stiffel Paddack, DOJ–U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

## MEMORANDUM **

Ernesto Colima Maya, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Ordonez v. INS*, 345 F.3d 777, 782 (9th Cir.2003), and we deny the petition for review.

The BIA did not abuse its discretion by denying Colima's motion to reopen because the BIA considered the evidence he submitted and acted within its discretion in determining that the evidence was insufficient to warrant reopening. *See Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir.2002) (The BIA's denial of a motion to reopen shall be reversed if it is "arbitrary, irrational, or contrary to law.").

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

